MINUTE ENTRY            10:08 a.m.

UNITED STATES OF AMERICA -v- MARGARETE ALDAN

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
  SANAE N. SHMULL, COURT REPORTER
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  JAMIE BOWERS, ASSISTANT U.S. ATTORNEY
  G. ANTHONY LONG, ATTORNEY FOR DEFENDANT (Court-appointed)
  MARGARETE ALDAN, DEFENDANT

PROCEEDINGS: WAIVER OF INDICTMENT AND ENTRY OF PLEA

Defendant appeared with counsel, Attorney G. Anthony Long. Government was represented by Jamie Bowers, AUSA. Also present was U.S. Probation Officer, Margarita Wonenberg.

Defendant was sworn and examined as to her health, state of mind, understanding of the charges in the Information and her constitutional rights.

After review of the Defendant's financial affidavit, Court inquired as to whether the defendant wished to retain her own counsel. Defendant stated that she wished to continue with the court-appointed counsel, Attorney G. Anthony Long.

Defendant stated that she wished to waive the indictment and enter a plea to the charges in the information. The defendant and her counsel signed the waiver. Court stated that the waiver was knowingly, voluntarily, and intelligently made and therefore was accepted by the Court.

Defendant waived reading of the information and entered a plea of GUILTY. Court accepted defendant's plea of guilty and the plea agreement. Court ordered that sentencing be scheduled for Friday, July 8, 2005 at 9:00 a.m. That presentence investigation report shall be due June 7, 2005.

Government had no objection to the defendant being at liberty with unsecured bond and minimal supervision. Court ordered the defendant released under the following conditions:

1. That the defendant post a $25,000 unsecured bond;

2. That the defendant shall submit to pretrial services supervision under the direction of the United State Probation Office;

3. That the defendant must not leave the island of Saipan without written approval of the Court;

4. That the defendant not break any federal, state, or local laws:

5. That the defendant not move from her residence without first contacting her counsel, the U.S. Probation Office, the Court and the U.S. Marshal;

6. That the defendant shall not obtain any travel documents or a passport; and

7. That the defendant shall prepare a location map of her residence for the U.S. Marshal.

Defendant was remanded into the custody of the U.S. Marshal for processing and ordered to go directly to the Clerk's Office to process the necessary paperwork.

Adj. at 10:45 a.m.
;   [KLL EOD 04/04/2005]