MINUTE ENTRY           8:00 a.m.

UNITED STATES OF AMERICA -v- MARGARETE C. ALDAN

PRESENT: HON. ALEX R. MUNSON, Chief Judge Presiding
  SANAE SHMULL,  Court Reporter
  K. LYNN LEMIEUX, Courtroom Deputy
  JAMIE BOWERS, Assistant U. S. Attorney
  G. ANTHONY LONG,  Counsel for Defendant
  MARGARETE C. ALDAN, Defendant

PROCEEDING: SENTENCING

Defendant was present with his court appointed counsel, Attorney G. Anthony Long. Government by Jamie Bowers, AUSA. Also present was U.S. Probation Officer, Margarita Wonenberg.

No objection by the government of the presentence report. Counsel for defendant had no objections.

Court adopted the presentence investigation report and instructed the Clerk to file the report, under seal, and that the report be made available if the judgment is appealed. The probation officer's recommendation shall also be placed under seal. No objection by the parties.

Government had no objection to the advisory guidelines that the Court intends to be guided; Defense had not objections. Court adopted the advisory guidelines.

Government recommended a sentence of probation. Defense recommended a sentence of probation.

SENTENCE: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant MARGARETE C. ALDAN is hereby sentenced to a term of two years probation. The term probation will commence immediately and will require that the defendant comply with the following conditions:

1. That the defendant shall not commit another federal, state or local offense (excluding traffic violations);

2. That the defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. She shall submit to one drug test within 15 days after sentencing and at least two periodic drug test thereafter to determine use of a controlled substance;

3. That the defendant shall submit to the collection of a DNA sample at the direction of the United States Probation Office;

4. That the defendant shall comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission and codified under 18 U.S.C. §3563;

5. That the defendant shall be prohibited from possessing a firearm or other dangerous weapon or have such where she resides;

6.  That the defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer;

 7.  That the defendant must provide the probation officer access to any requested financial information; and

 8.  That the defendant shall obtain and maintain gainful employment.

 It was further ordered that the defendant pay to the United States a special assessment fee of $100 to be paid immediately after sentencing.  Court ordered that a fine of $2000 be imposed.

 No objection to the sentence by the attorneys.  Defendant was advised that she had previously waived her right to appeal the sentence in this case but that if she or her attorney find any other reason in which to appeal that she had ten days in which to do so. Further, the defendant was advised of her right to an attorney for appeal.

        Adj. 8:25 a.m.

 ;    [KLL EOD 06/16/2005]