DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICTS OF GUAM AND THE NMI

      I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **August 19, 2005**, as File number **05-2440**, are hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:   Margarete C. Aldan            Address:   Saipan, MP 96950
          SSN:   XXX-XX-2019
          DOB:   XX-XX-1972

Court Imposing Judgment:   U.S. District Court for the Northern Mariana Islands

Court Number:   CR 05-00012

Amount of Judgment:   $2,100.00

Place of filing:   NMI

      WITNESS my hand at Hagåtña, Guam, on this, the 10th day of October, 2006.

      /s/ Marivic P. David
      MARIVIC P. DAVID
      Assistant U.S. Attorney
      marivic.david@usdoj.gov